UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                          CASE NO. 8:07-BK-10570-CPM

Dolores Carter,                                 CHAPTER 7
DEBTORS.
_____/

Scharrer,
Plaintiffs,

V.                                              ADV. PRO. 8:08-AP-40

Velazquez, Lisa,

Defendants.
_____/

### AMENDED MOTION FOR ENTRY OF DEFAULT JUDGMENT

THE PLAINTIFF (the "Trustee"), by and through her undersigned attorney hereby makes this Motion for Entry of Default Judgment, and further states as follows:

1. This Adversary Proceeding was filed on January 24, 2008.

2. The Summons was issued on January 6, 2011 with a responsive pleading or an answer due on February 7, 2011.

3. The Trustee served the Complaint and the Summons on January 10, 2011.

4. The Complaint seeks damages in the amount of $10,000, plus interest and reasonable attorneys' fees and costs. An affidavit of reasonable fees and costs will be filed contemporaneously herewith.

5. The Trustee filed the Certificate of Service of the Summons and Complaint January 10, 2011.

6. The Complaint and Summons were timely served by regular U.S. Mail, postage prepaid, upon the Defendant, *Lisa Velazquez* at 11682 Stockbridge Lane, Reston, VA 20194.

7. The Defendant has failed to responsively plead or otherwise answer the

Complaint, and the Clerk has entered a Default on October 24, 2011.

8. The Defendant is not an infant or incompetent person, she not in the military, and has not been provided additional time to respond to the Complaint. The Affidavit of Non-military Service was filed on November 8, 2011.

9. Thus, entry of default judgment is appropriate at this time.

I HEREBY declare under penalty of perjury that the foregoing is true and correct.


/s/ Curran K. Porto, Esq.
410 S. Ware Blvd., Suite 404
Tampa, FL 33619
(813) 626-0088 telephone
(813) 626-5252 facsimile
curran@portolegalcenter.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was served by regular U.S. Mail, postage prepaid upon the defendant, *Lisa Velazquez* at 11682 Stockbridge Lane, Reston, VA 20194. on this 9th day of March 2012, and again on May 9, 2013.

/s/ Curran K. Porto, Esq.